**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WILLIAM A. LEVIN,

        Plaintiff,

    v.

PIECE OF CAKE MOVING AND STORAGE LLC,

        Defendant.

Case No. 4:26-cv-00530-YGR

**ORDER REFERRING CASE TO MEDIATION; DENYING WITHOUT PREJUDICE MOTION TO DISMISS**

On April 14, 2026 and pursuant to a referral by the Court, the parties in the above-captioned matter participated in a telephonic conference with this district's Alternative Dispute Resolution Program. The parties agreed during that conference, per their stipulation (Dkt. No. 22), to participate in mediation. Given the joint stipulation, the Court hereby **REFERS** this matter for court-sponsored mediation.

Separately, the Court notes that defendant Piece of Cake Moving and Storage LLC's motion to dismiss (Dkt. No. 6) remains pending. The Court deems the motion **DENIED WITHOUT PREJUDICE** to being refiled in order to facilitate the mediation process.

This terminates Dkt. Nos. 6 and 22.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California