UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William A. Levin,<br><br>          Plaintiff,<br><br>      v.<br><br>Piece of Cake Moving and Storage LLC,<br><br>          Defendant. | Case No.  26-cv-00530-YGR<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Hon. Ellen S. James (Ret.)
> JAMS
> Two Embarcadero Center, Suite 1500
> San Francisco, CA 94111-5609
> 415-982-5267
> ejames@jamsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
26-cv-00530-YGR

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 5, 2026

MARK B. BUSBY
Clerk of Court
by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
26-cv-00530-YGR                              2