David M. Grimes (SBN 324292)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: dgrimes@levinsimes.com
*Attorneys for Plaintiff William A. Levin*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM A. LEVIN, an individual,<br>Plaintiff,<br>v.<br>PIECE OF CAKE MOVING AND STORAGE LLC, and DOES 1 through 25, inclusive,<br>Defendants. | Case No. 4:26-cv-00530-YGR<br>*Hon. Yvonne Gonzalez Rogers*<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## STIPULATION

Plaintiff William A. Levin ("Plaintiff") and Defendant Piece of Cake Moving and Storage LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

1. On April 20, 2026, the Parties filed a stipulation selecting mediation under ADR Local Rule 6 and requesting August 31, 2026 as the deadline to complete mediation. (ECF No. 22.)
2. On May 5, 2026, the Court appointed the Honorable Ellen S. James (Ret.) of JAMS as mediator. (ECF No. 25.)
3. The mediation was initially scheduled for August 27, 2026. Later-arising scheduling conflicts required the session to be rescheduled.
4. The Parties and the mediator have conferred regarding alternative dates. The mediator has provided dates in September 2026, and the Parties are working to secure a mutually available date.
5. The Parties therefore request a brief extension of the mediation deadline from August 31, 2026 to September 30, 2026. The requested extension will not alter any other date or deadline in this action.

**IT IS HEREBY STIPULATED, subject to the Court's approval, that the deadline to complete mediation is extended from August 31, 2026 to September 30, 2026. All other dates and deadlines remain unchanged.**

Dated: August 14, 2026

**LEVIN SIMES LLP**

*/s/ David M. Grimes*
David M. Grimes
*Attorneys for Plaintiff*
*William A. Levin*

Dated: August 14, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Gershom K. Koomson*
Gershom K. Koomson
*Attorneys for Defendant*
*Piece of Cake Moving and Storage LLC*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from every signatory.

Dated: August 14, 2026

By: *<u>/s/ David M. Grimes</u>*
David M. Grimes

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the deadline to complete mediation is extended from August 31, 2026 to September 30, 2026. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

DATED: August 14, 2026

HON. YVONNE GONZALEZ ROGERS
Chief United States District Judge

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ David M. Grimes*
David M. Grimes